IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ADRIENNE POLLARD, ESTATE OF DAVID POLLARD | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | |
| COLOUMBUS CONSOLIDATED GOVERNMENT, CHIEF RICKY BOREN *in his individual and official capacities*, WALTER HAYWOOD *in his individual and official capacities*, ISAAC NEAL *in his individual and official capacities*, | * * * * | CASE NO. 4:16-CV-330 (CDL) |
| Defendants. | * | |

## O R D E R

Having granted Defendants' Motion for Summary Judgment (ECF No. 5) as to all of Plaintiffs' federal law claims for the reasons stated at today's hearing and having declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims, the Court remands this action to the State Court of Muscogee County, Georgia for the adjudication of Plaintiffs' state law claims. The parties shall bear their own costs.

IT IS SO ORDERED, this 16th day of October, 2017.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA